FILED ... RECEIVED ON
2011 NOV -9 P 1: 30

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUIS VEGA-RUBIO<br><br>　　　　　Defendant. | District No.　2:09-CR-113 GMN PAL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On November 9, 2011 this court received a transcript order form dated November 9, 2011 requesting a Transcript of the hearing held on February 16, 2011 from Ms Margaret Honrath, counsel for Plaintiff, in which a **portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff's Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___9___ day of November, 2011.

_____
Gloria M. Navarro
United States District Judge