UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

           Plaintiff,

vs.

JOSE LOPEZ-BUELNA

           Defendant.

District No. 2:09-CR-113 GMN PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 8, 2011 this court received a transcript order form dated December 2, 2011 requesting a Transcript of the hearing held on January 20, 2011 from Mr. David M. Dudley, Retained Counsel for Defendant Jose Lopez-Buelna, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___ day of December, 2011.

_____
Gloria M. Navarro
United States District Judge