# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE LOPEZ-BUELNA<br><br>        Defendant. | District No. 2:09-CR-113 GMN PAL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 12, 2011 this court received a transcript order form dated December 12, 2011 requesting a Transcript of the hearing held on January 20, 2011 from Ms. Margaret Honrath, counsel for the Plaintiff, United States of America, in which **a portion of the hearing is sealed.**

    **IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff's Counsel.

    **IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

    **IT IS FURTHER ORDERED** that Plaintiff's Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

    DATED this ___ day of December, 2011.

                                                        Gloria M. Navarro
                                                       United States District Judge