UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America

               Plaintiff,

vs.

Erik Dushawn Webster

               Defendant.

District No.   2:09-CR-0113-GMN-PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On January 20, 2012 this court received a transcript order form dated January 5, 2012 requesting a Transcript of the Motion hearing held on January 20, 2011, Jury Trial Day 1 held on January 25, 2011 and Jury Trial Day 13 held on February 16, 2011, from Mr. Chad Bowers, Counsel for Mr. Dushawn Webster, in which a **portion of the Trial Dates and Motion Date are sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _26_ day of January, 2012.

_____
Gloria M. Navarro
United States District Court Judge