UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America

               Plaintiff,

vs.

Erik Dushawn Webster

               Defendant.

District No. 2:09-CR-0113-GMN-PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On January 17, 2012 this court received a transcript order form dated January 17, 2012 requesting a Transcript of the Motion hearing held on January 20, 2011, Jury Trial Day 1 held on January 25, 2011, and Jury Trial Day 13 held on February 16, 2011 from Mr. Mario Valencia , Counsel for Mr. Jose Lopez-Buelna, in which a **portion of the Trial Dates and Motion Date are sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 26 day of January, 2012.

_____
Gloria M. Navarro
United States District Court Judge