UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America

        Plaintiff,

District No. 2:09-CR-0113-GMN-PAL

vs.

Luis Vega-Rubio

        Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On June 13th, 2012 this court received a transcript order form dated June 13th, 2012 requesting a Transcript copy of the February 16, 2011 Jury Trial Day 13 from Ms. Margaret Honrath, Counsel for Plaintiff, in which a portion of the Trial Day is sealed.

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript copy of the hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**Dated** this 18th day of June, 2012.

                                                Gloria M. Navarro
                                              United States District Judge